UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES-JUSINO,
    Plaintiff,

        v.                          Civil No. 98-1974 (PG)

MUNICIPALITY OF SAN JUAN,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #14 - Motion For Reconsideration. | Denied |
| Docket #15 - Motion Requesting Leave To File An Opposition To Defendants' Motion For Reconsideration And To Submit Documents In The Spanish Language. | Moot |

Date: _____July 20_____, 2000.

                                            JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge