UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MAGDA TORRES-JUSINO, | * |
| Plaintiff | * |
| v. | Civ. No. 98-1974 (PG) |
| MUNICIPALITY OF SAN JUAN, ET AL., | * |
| Defendants | * |

## ORDER TO SHOW CAUSE

It appears from the docket of this case that Plaintiff Magda Torres-Jusino has not filed anything before this Court since March 23, 1999, over 16 months ago. Following the Court's Opinion and Order of February 9, 1999 denying Defendants' Motion to Dismiss, Plaintiff has remained idle. Plaintiff must explain her failure to prosecute her case or else her case will be dismissed.

Wherefore, given the inordinate amount of time that has passed without Plaintiff taking any action, the Court hereby Order Plaintiff to Show Good Cause within 10 days as to why this case should not be dismissed for want of prosecution.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 27, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)

