UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA E. TORRES JUSINO

    Plaintiff(s)

    v.                               CIVIL NUMBER: 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 08/01/00<br>**Title:** Informative Motion<br>**Docket:** 18<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | The Court orders proceedings to continue. The Court takes notice that this is a 1998 case and that the parties should expedite proceedings. |

| MOTION | ORDER |
|---|---|
| **Date:** 08/30/00<br>**Title:** Motion Requesting Leave to File Motion in Response to Plaintiff's Opposition<br>**Dockets:** 20<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED.** |

**Date:** 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge