UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

   **Plaintiff(s)**

   v.       CIVIL NUMBER: 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 12/18/00<br>**Title**: Motion Pursuant to Local Rule 108<br>**Docket**: 25<br>[ ] Plffs   [x] Defts   [ ] Other | The Court grants a period of 60 days from the date of this order to file certified translations. |

Date: December 27, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

DEC 29 2000