# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 JAN 11 PM 2: 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MAGDA TORRES JUSINO

    Plaintiff(s)

v.       CIVIL NUMBER: 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 12/18/00<br>**Title**: Motion Requesting Leave to Withdraw as Counsel of Record<br>**Docket**: 26<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED**, subject to successor counsel's filing of an entry of appearance as of 30 days from the date of this order. |

Date: January 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

