UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

Plaintiff(s)

v.  CIVIL NUMBER: 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 12/28/00<br>**Title**: Informative Motion and Request for Extension of Time to Oppose; Special Appearance<br>**Docket**: 28, 29<br>[x] **Plffs**  [] **Defts**  [] **Other** | **GRANTED.** |

Date: January 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge