UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

Plaintiff(s)

v.　　　　　　　　　　　　　　CIVIL NUMBER: 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 01/31/01<br>Title: Motion Requesting an Extension of Time<br>Docket: ~~38~~ 39<br>[x] Plffs   [] Defts   [] Other | GRANTED. |

Date: February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge