UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

    Plaintiff(s)

    v.                            CIVIL NUMBER:  98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 02/08/01<br>Title: Notice of Appearance<br>Docket: 38<br>[ ] Plffs   [x] Defts   [ ] Other | NOTED. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 7 )
attys/pts
in ICMS
4-16-01