UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

    Plaintiff(s)

        v.                        CIVIL NUMBER: 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 01/26/01<br>**Title**: Motion Requesting Leave to Submit Documents in Spanish<br>**Docket**: 33<br>[x] **Plffs** [ ] **Defts** [ ] **Other** | **GRANTED.** The Court grants plaintiff's request. The Court assumes that the plaintiff has begun the process of having the pertaining documents translated. Therefore, the Court grants the plaintiff a period of forty five (45) days to file the certified translations with the Court. The period of 45 days to accrue as of the date of issuance of this Order. |

| MOTION | ORDER |
|---|---|
| **Date Filed**: 01/26/01<br>**Title**: Informative Motion and Requesting Leave to Submit Annexes<br>**Docket**: 34<br>[x] **Plffs** [ ] **Defts** [ ] **Other** | **GRANTED.** |

Date: April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge