# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

    **Plaintiff(s)**

       **v.**               **CIVIL NUMBER:** 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/03/01 | |
| **Title:** Informative Motion and Requesting Documents to be Stricken from the Record | **DENIED.** Defendants shall have until May 22, 2001 to file certified translations. Otherwise, the documents will not be reviewed by the Court in deciding the motion requesting dismissal or stay. |
| **Docket:** 44 | |
| [x] **Plffs**  [ ] **Defts**  [ ] **Other** | |

**Date:** May 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

