# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

    **Plaintiff(s)**

    v.                          **CIVIL NUMBER:** 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/16/01<br>**Title:** Motion in Compliance to Order<br>**Docket:** 46<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** English translations are accepted. |

Date: June 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


