UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MAGDA TORRES JUSINO

**Plaintiff(s)**

v.                                                    CIVIL NO.   98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 01/31/01<br>**Title**: Motion for Default Judgment<br>**Docket**: 37 | **DENIED.** |
| [ X ] Plffs   [ x ] Defts   [ ] Other | |

Date:  March 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

