IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

    **Plaintiff,**

v.                                          CIVIL NO. 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, et al

    **Defendants**

---

### ORDER

    The Court is issuing today a "Trial Scheduling Order" outlining the schedule and timetable for the remainder of the case. The deadline for filing dispositive motions is **June 28, 2002**. Plaintiff will have until **July 19, 2002** to file an opposition. Defendants are granted leave to file a reply, should they so desire, by **July 29, 2002**. No requests for enlargements of time will be granted.

    The Court encourages both sides to engage in earnest efforts to resolve their dispute extrajudicially.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 8th day of May, 2002.

                                        JAY A. GARCIA-GREGORY
                                        U.S. District Judge