# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MAGDA E. TORRES JUSINO

**Plaintiff**

v.

MUNICIPALITY OF SAN JUAN, et al

**Defendants**

CIVIL NO. 98-1974 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/18/02<br>**Title:** Motion Requesting Continuance<br>**Docket(s):** 55<br><br>☐ **Plaintiff(s)**  ☐ **Third-Party**<br>X **Defendant(s)**  ☐ **Other** | **DENIED**. Defendants have known of this conflict since May 8, 2002. They have nevertheless waited over two months before informing the Court of the situation. Had they alerted the Court to the problem in timely fashion, it would have been in a position to re-arrange the trial schedule. Now, it is simply not possible to do so. The Court shall issue a ruling on the pending motion to dismiss before the August 14, 2002 Pre-Trial and Settlement conference. Should that not dispose of the case the trial will go forward as scheduled on August 19, 2002. |

**Date**: July 30, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



