UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: AUGUST 14, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO. CIV.98-1974(JAG)**

========================================================================

| | |
|---|---|
| MAGDA TORRES JUSINO | Attorneys: GODWIN ALDARONDO ERICSON SANCHEZPREKS |
| VS | |
| MUNICIPALITY OF SAN JUAN | JORGE CRUZ JOVE |

---

   **Case called for pretrial/settlement conference.  Court states that there is pending a motion to dismiss and attorney for defendant has filed today a motion in limine.**

   **Plaintiff submitted a written offer of settlement and defendants have not submitted a counter offer.  Court starts the settlement negotiations with the parties and the parties have been seriously negotiating.**

   **Court grants the parties until Friday, August 23, 2002 at 2:00 PM to inform the Court of the outcome of the negotiations.**

   **Jury trial is vacated and set aside.**

   Parties to be notified.

                                          _____
                                          Lily Alicea-Courtroom Deputy

s/c to Jury Clerk

