IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MAGDA E. TORRES JUSINO

    Plaintiff

    v.                           CIVIL NO. 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, et al

    Defendants

---

**ORDER**

    The Court hereby **stays** all proceedings in this case pending resolution of the defendants's motion to dismiss. The Court forewarns counsel that it will expect them to be ready for trial (should trial be necessary) within **three days** from the date of issuance of its Opinion and Order.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 28th day of August, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge