UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

Plaintiff(s)

v.                                       CIVIL NO.   98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/23/02<br>**Title**: Informative Motion Regarding Settlement; Motion Requesting that a Supplement to Plaintiff's Opposition to Defendant's Motion to Dismiss be Allowed<br>**Docket**: 69, 70<br><br>[ X ] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date:  September 3, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge