UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

**Plaintiff(s)**

v.                                    CIVIL NO.   98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 11/06/02<br>**Title**: Informative Motion<br>**Docket**: 74<br><br>[ X ] **Plffs**   [ ] **Defts**   [ ] **Other** | **NOTED.** The Court schedules a status conference with the parties on November 22, 2002 at 3:00 p.m. In light of the relief award by JASAP, including plaintiff's restitution to her previous employment, counsel should come to the conference well-prepared to resolve any differences that may remain in this 1998 case. |

Date:  November 18, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge