IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA E. TORRES JUSINO

**Plaintiff**

v.                                              CIVIL NO. 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, et al

**Defendants**

---

### ORDER

The Court denies Docket Nos. 61 and 67 (motions *in limine*) without prejudice, pending resolution of the motion to dismiss presently before the Court.

Docket Nos. 54 and 65 (motions to extend time) are moot.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of November, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge