IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA E. TORRES JUSINO

    **Plaintiff**

v.

MUNICIPALITY OF SAN JUAN, <u>et al</u>

    **Defendants**

CIVIL NO. 98-1974 (JAG)

Conference duration:
3.5 hours

---

**STATUS/SETTLEMENT CONFERENCE REPORT**

    The Court met with counsel for a settlement conference. After meeting separately with the parties and engaging in extensive settlement negotiations, the parties were unable to reach full agreement. Since the parties are reasonably close to a settlement, they will further discuss the matter privately and report the outcome of their conversations to the Court by **November 27, 2002.**

    The Court set the Trial date for **December 16, 2002 at 9:30 a.m.**

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 25th day of November, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge