IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA E. TORRES JUSINO

    **Plaintiff**

    v.                           CIVIL NO. 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, et al.

    **Defendants**

---

### ORDER

The Court has reviewed the "Notice of Voluntary Dismissal." The Court will grant the motion and enter judgment dismissing the case with prejudice. The Court will not, however, retain jurisdiction over the matter, as it is not its custom or practice to do so absent exceptional circumstances, nor will it incorporate the terms of the settlement agreement into the judgment.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of December, 2002.

                                    JAY A. GARCIA-GREGORY
                                    United States District Judge

