IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA E. TORRES JUSINO

    **Plaintiff**

    v.                      CIVIL NO. 98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, et al.

    **Defendants**

---

### JUDGMENT

Pursuant to the Order entered today, the Court hereby enters judgment dismissing this case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of December, 2002.

                                      JAY A. GARCIA-GREGORY
                                      United States District Judge