UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO

    Plaintiff(s)

    v.                             CIVIL NO.   98-1974 (JAG)

MUNICIPALITY OF SAN JUAN, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 06/02/03<br>**Title**: Motion to Compel and for Sanctions<br>**Docket**: 89<br><br>[ X ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.**<br>Defendant Municipality of San Juan is hereby ordered to comply with the terms of the Settlement Agreement **within five days** from the issuance of this order. Defendant is warned that further non-compliance with the agreement and with the orders of this Court will result in sanctions in the amount of $1,000.00. Additional sanctions, including interest on the settlement amount owed and reasonable attorneys fees, may be imposed. |

Date:  June 5, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


