UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAGDA TORRES JUSINO
    Plaintiff(s)

v.                                CIVIL NO.  98-1974

MUNICIPALITY OF SAN JUAN
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 06/10/03<br>Title: Motion for Reconsideration<br>Docket(s): 91<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | **GRANTED.**<br><br>The Court hereby vacates its order of June 5, 2003 (Docket No. 90), for lack of jurisdiction to enforce the terms of the settlement agreement. See <u>Municipality of San Juan v. Rullan</u>, 318 F.3d 26 (1st Cir. 2003). |

Date: June 26, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


